# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GRATZ, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARKEL SERVICE, INC., a Virginia corporation; MARKEL CORPORATION, a Virginia corporation; MARKEL WEST, INC., a California corporation; and DOES 1 to 50, inclusive;<br><br>　　　　Defendants. | CASE NO. 2:19-cv-05307-JAK-JPR<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE (DKT. 17)**<br><br>**JS-6** |

| | |
|---|---|
| 1 | The Court has reviewed the Joint Stipulation of Dismissal of Entire Action |
| 2 | with Prejudice (the "Stipulation") filed by Plaintiff SUSAN GRATZ ("Plaintiff") |
| 3 | and Defendants MARKEL SERVICE, INC. ("Markel Service"), MARKEL WEST, |
| 4 | INC. ("Markel West") and MARKEL CORPORATION ("Markel Corp.") |
| 5 | (collectively, the "Parties"). The Court **APPROVES** the Joint Stipulation and orders |
| 6 | that Plaintiff's Complaint in the above-referenced action is dismissed with prejudice |
| 7 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to the Parties' |
| 8 | Stipulation, each party shall bear their own respective attorneys' fees and costs |
| 9 | incurred in this action. |
| 10 | IT IS SO ORDERED. |
| 11 | |
| 12 | Dated: August 9, 2019 |
| 13 | _____ |
| | JOHN A. KRONSTADT |
| | UNITED STATES DISTRICT JUDGE |